UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAMELA FLYNN, et al., | ) |
| | ) |
| Plaintiffs, | ) No. 4:15-CV-1871 RLW |
| v. | ) |
| WAL-MART STORES EAST, LP, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

On February 22, 2016, Plaintiffs filed their Motion to Remand (ECF No. 9). On February 24, 2016, Defendants filed their opposition to the Motion to Remand. (ECF No. 10). On February 26, 2016, Plaintiffs withdrew their Motion to Remand and Plaintiffs' Affidavit stating that their damages in this cause do not exceed $75,000.00. (ECF No. 11).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Remand (ECF No. 9) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs shall file any opposition to Defendants' Motion to Dismiss (ECF No. 5) no later than **March 7, 2016**.

Dated this 26th day of February, 2016.

*/s/ Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**